**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES D. KENGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-cv-07294 |
| v. ) | |
| ) | Hon. Joan B. Gottschall |
| CUBIC CORPORATION; CUBIC ) | |
| TRANSPORTATION SYSTEMS ) | Magistrate Judge Jeffrey Cole |
| CHICAGO, INC.; CUBIC ) | |
| TRANSPORTATION SYSTEMS, INC.; ) | |
| and CHICAGO TRANSIT ) | |
| AUTHORITY, ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Cubic Corporation, Cubic Transportation Systems, Chicago, Inc., Cubic Transportation Systems, Inc. and Chicago Transit Authority (collectively, "Defendants"), by and through undersigned counsel, and for their Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint respectfully state as follows:

1. On October 10, 2013, Plaintiff James D. Kenger initiated this action by filing a class action complaint against Defendants in the Northern District of Illinois, Eastern Division. (*See* D.I. #1.)

2. Based on Service of Process, Defendants' response to the Complaint is currently due on November 1, 2013.

3. On October 28, 2013, undersigned counsel corresponded with Ms. Cassandra Miller, counsel for Plaintiff, regarding a brief extension of the time by which Defendants must respond to the Complaint. Ms. Miller indicated that she had no objection to a brief extension of time to respond to the Complaint, up to and including December 6, 2013.

4. This is Defendants' first request for such an extension, and is not made for purposes of delay or any other improper purpose.

WHEREFORE, Cubic Corporation, Cubic Transportation Systems, Chicago, Inc., Cubic Transportation Systems, Inc. and Chicago Transit Authority, respectfully request this Honorable Court to extend the deadline by which they must answer or otherwise respond to Plaintiff's Complaint to and including December 6, 2013, and to grant all such other relief it deems equitable and just.

DATED this 29th day of October 2013.

                    Respectfully submitted,

                    By:    s/David S. Almeida

**SHEPPARD MULLIN**
**RICHTER & HAMPTON LLP**
David S. Almeida (ARDC #6285557)
dalmeida@sheppardmullin.com
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
(t): (312) 499-6300
(f): (312) 499-6301

*Counsel for Defendants Cubic Corporation, Cubic Transportation Systems, Chicago, Inc., Cubic Transportation Systems, Inc. and Chicago Transit Authority*

**CERTIFICATE OF SERVICE**

    I, David S. Almeida, an attorney, hereby certify that on October 29, 2012, I electronically filed the attached **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to registered participants and that the foregoing document was served upon them.

                                                              s/David S. Almeida
                                                              David S. Almeida